UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: DARNELL JOHNSON

---

DARNELL JOHNSON,

    Appellant,

v.                              Case No.3:12-cv-714-J-12

U.S. BANK NATIONAL ASSOCIATION,

    Appellee.

---

### ORDER

On August 1, 2012, the Court issued an Order to Show Cause (Doc. 2), directing Appellant, who is proceeding pro se, to show cause by a written response filed by August 20, 2012, why this appeal should not be dismissed without prejudice pursuant to M.D.Fla. R. 3.10 for lack of prosecution for failure to file and serve an initial brief as required by F.R.B.P. 8009(a). The Court also advised Appellant, that failure to file a written response by that date would result in dismissal of this appeal for lack of prosecution without further notice. As of the date of this Order, Appellant has filed no response to the Court's Order to Show Cause. Accordingly, it is

**ORDERED AND ADJUDGED:**

That this appeal is hereby dismissed without prejudice for lack of prosecution pursuant to M.D.Fla. R. 3.10.

**DONE AND ORDERED** this __29__ day of August 2012.

                                                         Howell W. Melton
                                                         Senior United States District Judge

c: Appellant, pro se        Counsel of Record